**Darrell REESE, Petitioner**

v.

Thomas **CORBETT, Attorney General for the Commonwealth of Penna., James Wynder, Superintendent at SCI–Dallas, 1000 Follies Road, Dallas, PA 18612, Respondents.**

Supreme Court of Pennsylvania.

Aug. 15, 2008.

## ORDER

PER CURIAM.

AND NOW, this 15th day of August, 2008, the Application for Leave to File Original Process is **GRANTED,** and the

Petition for Writ of Habeas Corpus is **DENIED.**